**Thomas Jay CORNIEA, Plaintiff-Appellant,**

v.

**Nancy A. BERRYHILL, Acting Commissioner Social Security, Defendant-Appellee.**

**No. 15-16407**

United States Court of Appeals, Ninth Circuit.

Submitted May 16, 2017 * San Francisco, California

Filed May 18, 2017

Eric G. Slepian, Esquire, Slepian Law Office, Phoenix, AZ, for Plaintiff-Appellant

Ryan Ta Lu, Esquire, Assistant Regional Counsel, Social Security Administration, Office of the General Counsel, Seattle, WA, for Defendant-Appellee

Before: W. FLETCHER and TALLMAN, Circuit Judges, and HUCK,** District Judge.

MEMORANDUM ***

Thomas J. Corniea appeals the district court's order affirming the Social Security Administration's determination that he is not disabled. See 42 U.S.C. § 405(g). We have jurisdiction under 28 U.S.C. § 1291 and review the district court's decision de novo. Molina v. Astrue, 674 F.3d 1104, 1110 (9th Cir. 2012). We adopt and affirm for the well-stated reasons in the district court order of May 15, 2015.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** The Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.